LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Ashley M. Calvillo, CSB No.: 340128
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
       cahill@longyearlaw.com
       calvillo@longyearlaw.com

Attorneys for Defendants,
City of Clovis, Officer Pluss,
Officer Markarian, Officer Dronek,
Officer Wilson and Officer Mason

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| JAMAL JONES, an individual, | Case No.: 1:22-CV-00503-AWI-BAM |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO STAY DISCOVERY** |
| v. | |
| CITY OF CLOVIS, a municipal entity; OFFICER PLUSS #5823; OFFICER MARKARIAN #5808; OFFICER DRONEK #5686; OFFICER WILSON #5760; OFFICER NICOLAS MASON; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties submitted a Joint Scheduling Report (ECF No. 11) on August 9, 2022, identifying Plaintiff's pending criminal case, Fresno County Superior Court Case No. F21903594;

WHEREAS, Plaintiff's criminal case pertains to charges related to the incident at issue in this lawsuit;

WHEREAS, the parties appeared at a Scheduling Conference on August 16, 2022, before

Magistrate Judge Barbara McAuliffe and were directed to meet and confer regarding whether a stay of discovery was appropriate in light of Plaintiff's pending criminal case;

WHEREAS, the parties met and conferred regarding a stay of discovery in this case pending Plaintiff's criminal case and submitted a Joint Status Report (ECF No. 14) regarding their discussion on September 28, 2022;

WHEREAS, the parties appeared at a Status Conference on October 3, 2022, before Magistrate Judge Barbara McAuliffe and agreed to stay the case pending the outcome of the criminal case;

WHEREAS, the court directed the parties to prepare a formal stipulation staying the case pending outcome of the criminal case (ECF No. 16);

WHEREAS, Plaintiff's counsel agreed to keep the court apprised of the status of Plaintiff's criminal case;

WHEREAS, the parties agree the case should be stayed pending the outcome of Plaintiff's criminal case:

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: November 10, 2022          LONGYEAR & LAVRA, LLP


                                  By: /s/ Nicole M. Cahill
                                      VAN LONGYEAR
                                      NICOLE M. CAHILL
                                      ASHLEY M. CALVILLO
                                      Attorneys for Defendants,
                                      City of Clovis, Officer Pluss,
                                      Officer Markarian, Officer Dronek,
                                      Officer Wilson and Officer Mason


Dated: November 10, 2022          IVIE McNEILL WYATT PURCELL & DIGGS


                                  By: /s/ Rodney S. Diggs [as authorized 11-9-22]          .
                                      RODNEY S. DIGGS
                                      Attorneys for Plaintiff, JAMAL JONES

Dated: November 10, 2022         THE COCHRAN FIRM CALIFORNIA


By: /s/ James A. Bryant [as authorized 11-9-22]         .
JAMES A. BRYANT
Attorneys for Plaintiff, JAMAL JONES

## ORDER

Pursuant to the parties' stipulation, and cause appearing, the parties' request for a stay of discovery pending the outcome of Plaintiff's criminal case is GRANTED. The parties shall file a Status Report every 90 days to update the Court of the status of the criminal action.

IT IS SO ORDERED.

Dated:  **November 14, 2022**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE