**RODNEY S. DIGGS, Esq. (SBN 274459)**
Email: RDiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile:  (213) 489-0552
Attorneys for Plaintiff, JAMAL JONES

**DALE K. GALIPO, Esq. (SBN 144074)**
Email: dalekgalipo@yahoo.com
**ERIC VALENZUELA, Esq. (SBN 284500)**
Email: evalenzuela@galipolaw.com
**THE LAW OFFICE OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818-347-3333

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JONES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CLOVIS, a municipal entity; OFFICER PLUSS #5823; OFFICER MARKARIAN #5808; OFFICER DRONEK #5686; OFFICER WILSON #5760; OFFICER NICOLAS MASON; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 1:22-cv-00503-KES-BAM<br><br>**JOINT STATUS REPORT AND REQUEST TO RETURN MATTER TO ACTIVE CALENDAR** |

**TO THIS HONORABLE COURT:**

Plaintiff JAMAL JONES ("Plaintiff"), by and through his undersigned counsel of record, and Defendants CITY OF CLOVIS, OFFICER PLUSS, OFFICER MARKARIAN, OFFICER DRONEK, OFFICER WILSN, OFFICER

NICOLAS MASON ("Defendants") (collectively the "parties") hereby submit this status report in accordance with Court's Order of August 16, 2022 (Dkt. 13) staying these proceedings pending completion and final disposition of Plaintiff's criminal case and requiring the parties to file a Joint Status Report every 90 days.

Plaintiff's criminal matter is no longer grounds to stay the above-captioned matter, and thus, the parties agree that this matter should return to the Court's active calendar.

Dated: July 23, 2025         **IVIE McNEILL WYATT PURCELL & DIGGS**

By:   */s/ Rodney S. Diggs*
      RODNEY S. DIGGS
      Attorneys for Plaintiff, JAMAL JONES

Dated: July 23, 2025         **THE LAW OFFICE OF DALE GALIPO**

By:   */s/ Eric Valenzuela*
      DALE K. GALIPO
      ERIC VALENZUELA
      Attorneys for Plaintiff, JAMAL JONES

Dated: July 23, 2025         **LONGYEAR & LAVRA, LLP**

By:   */s/ Denny Yu*
      VAN LONGYEAR, ESQ.
      DENNY YU, ESQ.
      Attorneys for Defendants, CITY OF CLOVIS, OFFICER PLUSS, OFFICER MARKARIAN, OFFICER DRONEK, OFFICER WILSON, and OFFICER MASON