IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL JONES,** | No.  **1:22−CV−00503−KES−FRS** |
| Plaintiff, | |
| v. | **NOTICE OF TEMPORARY MAGISTRATE JUDGE ASSIGNMENT** |
| **CITY OF CLOVIS, ET AL.,** | |
| Defendant. | |

The Court, having considered the equitable and efficient division and economical determination of court business, finds the necessity for temporary assignment of this case.  This case is ASSIGNED to Fresno Magistrate Judge (FRS) until such time as a new magistrate judge is appointed.  In the interim, this case is temporarily REFERRED to **Magistrate Judge Stanley A. Boone .**

**YOU ARE THEREFORE NOTIFIED** that this case is hereby temporarily referred to **Magistrate Judge Stanley A. Boone** until such time as a new Fresno magistrate judge is appointed. Documents filed in this case shall include the temporary magistrate judge's initials, as follows:

**1:22−CV−00503−KES−FRS (SAB)**

All dates currently set in this action shall remain pending subject to further order of the court.

DATED:   January 8, 2026            KEITH G. HOLLAND, Clerk of Court

by:  /s/ S. Robles
Deputy Clerk

1