**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**JAMAL JONES,**

                    vs.

**CITY OF CLOVIS**
**OFFICER PLUSS #5823**
**OFFICER MARKARIAN #5808**
**OFFICER DRONEK #5686**
**OFFICER WILSON #5760**
**OFFICER NICHOLAS MASON , ET AL.,**

                                            /

CASE:  **1:22–CV–00503–KES–FJS**

**ORDER OF REASSIGNMENT**

The court, having considered the appointment of **Magistrate Judge Frank J. Singer**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby reassigned from **Fresno Magistrate Judge (FRS)** to **Magistrate Judge Frank J. Singer** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:  **1:22–CV–00503–KES–FJS**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:   March 23, 2026

Troy L. Nunley
Chief United States District Judge