**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Rodney S. Diggs (SBN 274459)
rdiggs@imwlaw.com
Brandon Tanter (SBN 351037)
btanter@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone:   (213) 489-0028
Fascimile:   (213) 489-0552

Attorneys for Plaintiff Jamal Jones

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL JONES,<br><br>Plaintiff,<br>v.<br><br>CITY OF CLOVIS, et al.,<br><br>Defendants. | CASE NO.: 1:22−cv−00503−KES-FJS<br><br>**JOINT STIPULATION OF DISMISSAL OF OFFICER WILSON WITH PREJUDICE**<br><br>[Proposed] Order *filed concurrently herewith* |

1

STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the Court dismiss Defendant Officer Wilson from the instant action, case number 1:22−cv−00503−KES-FRS, with prejudice. Each party to bear their own costs and attorneys' fees.

This stipulation does not apply to or effect of the remaining named Defendants.

**IT IS SO STIPULATED.**

Dated: April 7, 2026          LAW OFFICES OF DALE K. GALIPO

By:    /s/ *Eric Valenzuela*
      ERIC VALENZUELA
      Attorneys for Plaintiff

Dated: April 7, 2026          LONGYEAR, LAVRA & CAHILL, LLP

By:    /s/ *Denny Yu*
      NICOLE M. CAHILL
      DENNY YU
      Attorneys for Defendants,
      City of Clovis, Officer Pluss,
      Officer Markarian, Officer Dronek,
      Officer Wilson and Officer Mason

STIPULATION TO DISMISS