# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMAL JONES,

Plaintiff,

v.

CITY OF CLOVIS, et al.,

Defendants.

CASE NO.: 1:22−cv−00503−KES-FJS

**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF OFFICER WILSON WITH PREJUDICE**

ORDER RE: STIPULATION TO DISMISS

## ORDER

Upon reviewing the parties' Joint Stipulation to Dismiss, said stipulation and request is hereby granted.  Accordingly, IT IS HEREBY ORDERED that Defendant Officer Wilson will be dismissed from the instant action, in case number 1:22−cv−00503−KES-FRS, with prejudice. Each party to bear their own costs and attorneys' fees.

This stipulation and Order do not apply to or affect any of the remaining named Defendants

**IT IS SO ORDERED.**

DATED:  _____, 2026

_____
Honorable  Kirk E. Sheriff
United States District Judge

-2-