UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL JONES,

        Plaintiff,

    v.

CITY OF CLOVIS, et al.,

        Defendants.

Case No.  1:22−cv−00503−KES-FJS

ORDER APPROVING STIPULATION TO DISMISS OFFICER WILSON WITH PREJUDICE

(ECF No. 49)

On April 7, 2026, Plaintiff Jamal Jones ("Plaintiff") and Defendants City of Clovis, Officer Pluss, Officer Markarian, Officer Dronek, Officer Wilson, and Officer Mason ("Defendants") filed a joint stipulation of voluntary dismissal with prejudice of Plaintiff's claims against Defendant Officer Wilson, with each party to bear their own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 49.)  In light of the joint stipulation, Plaintiff's action against Defendant Officer Wilson is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to terminate only Defendant Officer Wilson on the docket.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE