LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JAMAL JONES,

Plaintiff,

vs.

CITY OF CLOVIS, et al.,

Defendants.

Case No. 1:22−cv−00503−KES-FJS

[*Hon. Frank J. Singer*]

**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**

*[[Proposed] Order submitted concurrently herewith]*

TO THIS HONORABLE COURT, Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate to continue the discovery deadlines in the case.

WHEREAS, extensive discovery has been conducted to date. There has been written discovery propounded and responded thereto, subpoenas served on third parties and several depositions have been taken, including of all the parties.

WHEREAS, the parties conducted an early mediation back on September 14, 2023, before the Honorable Alan Simpson (Ret.) in which the parties were unable to reach a settlement.

WHEREAS, the parties recently began engaging in further settlement discussions, including Plaintiff submitting revised settlement demand and supporting documents approximately a month ago.

WHEREAS, the parties continue to engage in further settlement discussions and wish to attempt to reach a resolution of the case before incurring the substantial expenses associated with retaining their respective experts.

WHEREAS, the initial expert disclosure is currently scheduled for October 2, 2026, the supplemental expert disclosures is scheduled for November 6, 2026 and the expert discovery for cut-off for January 29, 2027. See Court's Scheduling Conference Order [Doc. 42].

WHEREAS, in order to promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to expert retention, preparation and expert discovery, the parties request that the pending controlling dates set forth in the Court's Scheduling Conference Order be continued by approximately one (1) month.

5. There have been no prior requests for continuance or extension regarding discovery.

6. Such request, if granted, would result in the following schedule:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Expert Disclosure (Initial): | 10/02/26 | 11/06/26 |
| Expert Disclosure (Supplemental): | 11/06/26 | 11/27/26 |

| | | |
|---|---|---|
| Expert Discovery Cut Off: | 01/29/27 | Remains the same |

7. All other dates (including pre-trial and trial dates) would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

Respectfully submitted,

DATED: September 29, 2026 LAW OFFICES OF DALE K. GALIPO

By /s/ *Eric Valenzuela*[1]
Eric Valenzuela
Attorneys for Plaintiff

DATED: September 29, 2026 LONGYEAR, LAVRA & CAHILL, LLP

By /s/ *Nicole M. Cahill*
NICOLE M. CAHILL
DENNY YU
Attorneys for Defendants,
City of Clovis, Officer Pluss,
Officer Markarian, Officer Dronek,
and Officer Mason

---

[1] Pursuant to E.D. Cal. Local Rule 131(e), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.