**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAL JONES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CLOVIS, et al.,<br><br>Defendants. | Case No. 1:22−cv−00503−KES-FJS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The parties having stipulated thereto and good cause appearing,

IT IS ORDERED:

The schedule set forth in the Court's Order [Doc. 42], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Disclosure (Initial): | 10/02/26 | 11/06/26 |
| Expert Disclosure (Supplemental): | 11/06/26 | 11/27/26 |
| Expert Discovery Cut Off: | 01/29/27 | Remains the same |

All other dates (including pre-trial and trial dates) would remain in effect.

**IT IS SO ORDERED.**

Dated: _______________, 2026

_________________________________
HONORABLE FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE