UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMAL JONES,

Plaintiff,

vs.

CITY OF CLOVIS, et al.,

Defendants.

Case No. 1:22−cv−00503−KES-FJS

ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES

(ECF No. 51)

The court, having considered the parties' stipulation to extend their expert discovery deadlines (ECF No. 51), and good cause appearing, ORDERS the following:

The schedule set forth in the court's scheduling order (ECF No. 42), is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Disclosure (Initial): | 10/02/26 | 11/06/26 |
| Expert Disclosure (Supplemental): | 11/06/26 | 11/27/26 |
| Expert Discovery Cut Off: | 01/29/27 | Remains the same |

All other dates (including pre-trial and trial dates) would remain in effect.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE